UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EAST COAST PLASTIC SURGERY, P.C.,

      Plaintiffs

v.

AETNA HEALTH & LIFE INS CO,

      Defendants.

Case No. 3:23-CV-1173 VAB

## JUDGMENT

This matter came on for consideration before the Honorable Victor A. Bolden, United States District Judge. On May 7, 2023, the defendant filed a motion to dismiss. On October 18, 2024, the court entered an order granting the motion to dismiss in favor of the defendants and ordered that this case be closed.

It is therefore ORDERED, ADJUDGED and DECREED that judgment is entered, and the case is closed.

Dated at New Haven, Connecticut, this 21st day of October 2024.

Dinah M. Kinney, Clerk

By: /s/ Tatihana Murphy
Tatihana Murphy
Courtroom Deputy

EOD: 10/21/2024